**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GOURAV GOURAV,

          Petitioner,

    v.

DAVID A. MARIN, et al.

          Respondents.

No. 5:26-CV-314 JFW (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Petitioner's Motion for Preliminary Injunction, Respondents' Response to both, Petitioner's Reply, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case.  The Court has considered Respondents' April 27, 2026, Objections to Report and Recommendation and conducted a de novo review of those portions of the Report and Recommendation to which Respondents objected.  Having conducted a de novo review, Respondents' Objections do not cause this Court to alter or modify the Report and Recommendation.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(A)  that Respondents are enjoined from continuing to detain Petitioner unless Petitioner is provided with an individualized bond hearing before an Immigration Judge within seven days of the date of this Order;

(B)  that at such bond hearing, (1) Respondents must provide Petitioner with a meaningful opportunity to be heard before a neutral arbiter and the opportunity to be represented by counsel and to present evidence, and (2) the Government bears the burden of showing by clear and convincing evidence whether Petitioner poses a flight risk or danger to the public; and

(C)  that Respondents shall release Petitioner from custody if Petitioner is not timely provided with the aforementioned hearing.

Judgment shall be entered on a separate form concurrently herewith.  The Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner, Petitioner's counsel, and on counsel for Respondents.  In light of this final determination on the Petition, Petitioner's Motion for Preliminary Injunction (Doc. No. 4) is DENIED as moot.

DATED: May 8, 2026

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2