UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   5:26-cv-0314 JFW (DSR)                              Date: May 19, 2026

Title      GOURAV GOURAV v. WARDEN, ET AL.

Present: The Honorable:  Daniel S. Roberts, United States Magistrate Judge

|  L. Krivitsky  |  n/a  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| :---: | :---: |
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION TO ENFORCE JUDGMENT (DOC. NOS. 17 & 18)**

On May 14, 2026, Petitioner filed in the above-captioned matter an "Emergency Notice of Motion and Motion to Alter Judgment" (Doc. No. 17) and an "Emergency Notice of Motion and Motion to Enforce Judgment" (Doc. No. 18).  Despite being docketed separately under slightly different docket titles, the two motions themselves are identical.  On May 18, 2026, the assigned District Judge referred both motions to the Magistrate Judge for Report and Recommendation.  See Doc. No. 19.

The Magistrate Judge has reviewed the identical Motions.  Despite both items being docketed as an "Emergency Notice of Motion and Motion," they are an "emergency" not a "notice of motion."  A notice of motion and motion "shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing."  Local Rule 6-1.  Petitioner has not specified any hearing date on these motions, and certainly not one at least 28 days from the filing of the matters with the Clerk.  Nor has Petitioner established in these motions any "emergency" justifying allowing him "to go to the head of the line in front of all other litigants and receive special treatment" by way of an ex parte application.  Mission Power Eng'g Co. v. Cont'l Cas. Co., 883 F. Supp. 488, 492 (C.D. Cal. 1995).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-0314 JFW (DSR)                                    Date: May 19, 2026

Title      GOURAV GOURAV v. WARDEN, ET AL.


      At the same time, it appears Petitioner is presently being detained, and the instant motions allege that Respondents have not complied with the terms of the Writ of Habeas Corpus recently entered in this case, affecting Petitioner's liberty.

      Therefore, the Court will set the motions on an expedited briefing schedule.  Respondents are ordered to file any opposition they wish to make no later than **seven days** from the date of this Order.  Petitioner may file a reply no later than **three days** from service of Respondents' opposition.  Unless otherwise ordered by the Court, upon expiration of Petitioner's deadline to file his reply, both motions (Doc. Nos. 17 and 18) will be taken under submission without oral argument for preparation of a Report and Recommendation pursuant to the District Judge's referral.

      IT IS SO ORDERED.

                                                 :

**Initials of Preparer**      LK